Official Form 17
(12/04)

# United States Bankruptcy Court

SOUTHERN District of NEW YORK

In re  BARRY SISKIN
       Debtor

Case No. 02-10373-smb

Chapter 7

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

BARRY SISKIN, the plaintiff [~~defendant or other party~~] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, ~~or decree~~ of the bankruptcy judge (~~name~~) entered in this ~~adversary~~ Chapter 7 Bankruptcy proceeding [~~or other type of proceeding, describe~~] on the 13th day of October, 2011.
                                                                               (month)    (year)

The names of all parties to the judgment, order, ~~or decree~~ appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

BARRY SISKIN — Debtor
DAVID A. SCHRADER, ESQ — Atty. for Debtor, BARRY SISKIN
SCHRADER + SCHOENBERG, LLP
711 Third Avenue  NYC, NY
(212)-986-4888

Dated: October 27, 2011

Signed: /s/ _____ is
        ~~Attorney for Appellant~~ (or Appellant, ~~if not~~ represented by an Attorney)
                DAVID A SCHRADER, ESQ
Attorney Name:  SCHRADER + SCHOENBERG, LLP
                711 Third Avenue
Address:        NYC, NY

Telephone No:   (212)-986-4888

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*



RECEIVED
OCT 27 2011
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

eCAST Settlement Corporation
POB 35480
Newark, NJ
07193-5480

Citibank (South Dakota) N.A.
c/o Citibank/Choice
Exception Payment Processing
P.O. Box 6305
The Lakes, NV 88901-6305

Deborah J. Dwyer
NYS Department of Taxation
1740 Broadway - Suite 1760
NYC, NY 10019

Discover Bank
c/o Discover Financial Services
P.O. Box 8003
Hilliard, OH 43026

Bruce A. Schoenberg
David A. Schrader
Schrader & Schoenberg, LLP
420 Lexington Ave., Suite 628
NYC, NY 10170

Harriett Beizer
70-50 Austin Street
Suite 101 LL
Forest Hills, N.Y. 11375

American Transit Ins. Co.
c/o Friedman, Kaplan, Seiler
875 Third Ave.
NYC, NY 10022

Lex Reporting Service Inc.
160 Broadway 14th Floor
NYC, NY 10038

Barrister Reporting Service
120 Broadway - Suite 1111
NYC, NY 10271

TRACY HOPE DAVIS
UNITED STATES TRUSTEE
By: RICHARD C. MORRISSEY
Trial Attorney
33 Whitehall Street
21st Floor
New York, New York 10004-1408

TrueBlock™ Technology Patent Pending
Use Avery® TEMPLATE 5163™
www.avery.com
1-800-GO-AVERY
AVERY® 8163™

Department of the Treasury
Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Citicorp Vendor Finance, Inc.
Attn. Tina Brozovich
1800 Overcenter Dr.
Moberly MO 65270

Lance J. Gotko
Friedman Kaplan Seiler, et al
7 Times Square
NYC, NY 10036

Eileen T. Rohan, Esq.
50 Court Street - Suite 1000
Brooklyn, N.Y. 11201

James H. Shenwick, Esq.
Shenwick & Associates
655 Third Avenue - 20th Floor
NYC, NY 10017

Jenise Ramos
56 Tompkins Ave.
Brooklyn, New York 11206

Adam Paskoff
C/o Adam Paskoff, Esq.
225 W. 34th Street - Suite 1303
NYC, NY 10122

Martin P. Ochs
22 Lynn Drive
Hiram GA 30141

American Transit Insurance Co.
%Fischbein, Badillo, Wagner
909 Third Avenue
NYC, NY 10022

ROBERT T. GELTZER
1556 THIRD AVENUE
SUITE 505
NYC, NY 10128

TrueBlock™ Technology Patent Pending
Use Avery® TEMPLATE 5163™
www.avery.com
1-800-GO-AVERY
AVERY® 8163™

SUZANNE R. Albin
299 Broadway - 17th Floor
NYC, NY 10007

Chase Bankcard Services, Inc.
150 West University Drive
Tempe, AZ ~~~~ 85281
ATT: Payment Processing

Heather McGhain
86 Chambers Street
NYC, NY 10007

Department of The Treasury
Internal Revenue Service
IRS Insolvency Group 3&4
290 Broadway - Stop 5th Floor
NYC, NY 10007

James H. Shenwick, Esq.
Shenwick & Associates
230 Park - 17th Floor
NYC, NY 10169

Gil A. Chachkes, Esq
16 Court Street - 35th Street
Brooklyn, New York 11241

American Express Centurion Bank
%Becket & Lee LLP
Attorneys for Claimant
P.O. Box 3001
Malvern, PA 19355-0701

Legal Language Services
18 John Street
New York, NY 10038

American Transit Insurance Co.
C/o Shenwick & Associates
152 West 57th Street - 35th Floor
NYC, NY 10019

Milagros Rubirosa
2921 Briggs Avenue Apt 2A
Bronx, N.Y.

AVERY® 8163™
1-800-GO-AVERY
www.avery.com
TrueBlock™ Brevet de Technologie en attente
Utilisez le gabarit 5163MC

NYS Department of Taxation
and Finance
Bankruptcy Section
P.O. Box 5300
Albany, N.Y. 12205-0300

The State Ins. Fund
Jeffrey Epstein
199 Church Street
NYC, NY 10007

State of NY - Dept of Labor
Unemployment Ins. Division
Governor W. Averell Harriman State
Office Building 12 - Room 244
Albany, N.Y. 12240

William Jaffe
112 Madison Avenue - 6th Floor
NYC, NY 10016

Victor Allen a/k/a Allen Washington
3804 Paterson Plank Road
Union City, N.J. 07087

Servico, Inc.
Attn: Scott Schuster, President
289 Washington Avenue
Albany, N.Y. 12206

Zachary Woodson + Tracy Woodson
40 Metropolitan Oval Apt 5H
Bronx, N.Y. 10462

Thomas E. Wojtaszek
695 Union Street 21
Brooklyn, N.Y. 11215

Realtime Reporting, Inc.
c/o Kirschenbaum + Kirschenbaum
200 Garden City Plaza
Garden City, N.Y. 11530

Zachary Woodson + Tracy Woodson
2130 First Avenue Apt 19l
NYC, NY 10029

Bryan Cave, LLP
1290 Avenue of the Americas
NYC, NY 10104

Squire, Sanders & Dempsey, LLP
30 Rockefeller Plaza, 23rd Floor
NYC, NY 10112

Davis, Graber, Plotzker &
Ward, LLP
150 East 58th Street
Suite 2001
NYC, NY 10155

Nancy Rodriguez
31 Leonard Street
Apt 8A
Brooklyn, N.Y. 11206

Brian Young
447 Kingsborough
4th Walk - Apt 9H
Brooklyn, N.Y. 11233